[No. 27586-4-II. Division Two. December 31, 2002.]

DOUGLAS PIETE, *Appellant*, v. THOMAS MYERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-02302-5, Anna M. Laurie, J., entered July 12, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27675-5-II. Division Two. December 31, 2002.]

*In the Matter of the Marriage of* LAURA L. GOTSCHALL, *Respondent*, and JOHN F. GOTSCHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-00672-0, Kitty-Ann van Doorninck, J., entered July 6, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 27841-3-II. Division Two. December 31, 2002.]

NANCY LYNN MCGREGOR, *Respondent*, v. LESLIE F. ACKLER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-30241-5, Gary Tabor, J., entered September 14, 2001. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27911-8-II. Division Two. December 31, 2002.]

*In the Matter of the Detention of* W.R.G., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-6-00937-3, Brian M. Tollefson, J., entered October 12, 2001. *Dismissed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.